JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UBS FINANCIAL SERVICES INC., | CV 15-2619 PA (FFMx) |
| Petitioner, | JUDGMENT |
| v. | |
| ARTURO BROOK, | |
| Respondent. | |

Pursuant to the Court's June 10, 2015 Minute Order granting the Motion to Confirm Arbitration Award filed by petitioner UBS Financial Services Inc. ("UBS"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") dispute resolution arbitration panel in the binding arbitration between UBS and respondent Arturo Brook ("Brook"), FINRA Case No. 13-00616, is confirmed in its entirety.

2. The Court enters JUDGMENT in favor of UBS and against Brook in the amount of $542,288.00.

//

//

3. UBS is awarded interest in the amount of $32.17 per day from November 1, 2014, and continuing until Note #3281 is paid in full, and in the amount of $4.59 per day from November 1, 2014, and continuing until Note #B00006771N is paid in full.

4. UBS is awarded its costs of suit.

DATED: June 10, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE